| Trustee Name, Address, Phone, Fax, Email: | For court use only |
|---|---|
| Howard M. S. Hu<br>Chapter 13 Trustee<br>1132 Bishop Street, 301<br>Honolulu, HI 96813<br>Telephone: (808) 526-3083<br>Fax: (808) 531-8844<br>Email: CHAPT13HI@AOL.COM | FILED<br>U.S. BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br><br>2016 DEC 29 A 10: 08<br><br>MICHAEL B. DOWLING<br>CLERK OF COURT |

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII | Case No.: **12-02397** PAID |
|---|---|
| In re:<br><br>**STACIE ANN TAMIKO MORENO**<br><br><br>Debtor(s). | Chapter: 13 |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

| The following funds are paid into the court pursuant to Fed. R. Bankr. P. 3011:<br>This payment represents funds remaining unpaid on the claims(s) listed below. | **$ 1,693.11** |
|---|---|

| Claim No. | Claimant Name & Address | Claim Amount | Check Amount |
|---|---|---|---|
| **999** | STACIE ANN TAMIKO MORENO<br>1403 MAKIKI STREET, APT. 404<br>HONOLULU, HI 96814<br><br>(DEBTOR) | **$ 1,693.11** | **$ 1,693.11** |
| | | $ | $ |
| | | $ | $ |

*[Attach continuation sheets if necessary.]*

Date: December 29, 2016

/s/ _____
Trustee

hib_3011          5/05