Trustee Name, Address, Phone, Fax, Email:

Howard M. S. Hu
Chapter 13 Trustee
1132 Bishop Street, 301
Honolulu, HI 96813
Telephone: (808) 526-3083
Fax: (808) 531-8844
Email: CHAPT13HI@AOL.COM

For court use only

FILED
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII

2017 FEB -2 A 9: 37

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

Case No.: **12-02397**

In re:

**STACIE ANN TAMIKO MORENO**

Chapter: 13

Debtor(s).

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

The following funds are paid into the court pursuant to Fed. R. Bankr. P. 3011:   $ 1,165.76

This payment represents funds remaining unpaid on the claims(s) listed below.

| Claim No. | Claimant Name & Address | Claim Amount | Check Amount |
|---|---|---|---|
| 999 | STACIE ANN TAMIKO MORENO<br>1403 MAKIKI STREET, APT. 404<br>HONOLULU, HI 96814<br><br>(DEBTOR) | $ 1,165.76 | $ 1,165.76 |
|  |  | $ | $ |
|  |  | $ | $ |

*[Attach continuation sheets if necessary.]*

Date: February 2, 2017

/s/ _____
Trustee

hib_3011    5/05